UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Hope Steffey, et al., | ) | CASE NO.  5:07 CV3226 |
| | ) | |
| Plaintiffs, | ) | JUDGE DAVID D. DOWD, JR. |
| | ) | |
| v. | ) | PLAINTIFF'S CERTIFICATION |
| | ) | OF SERVICE OF RULE 26(a)(1) |
| Timothy A. Swanson, et al., | ) | DISCLOSURES MADE ON |
| | ) | JANUARY 8, 2008 |
| | ) | |
| Defendants. | ) | |

On January 8, 2008 counsel for Plaintiffs served their Fed. R. Civ. P. 26 (a) (1) disclosures upon counsel for Defendants via facsimile and via e-mail, pursuant to the Order of this Court contained in the Case Management Conference Scheduling Order.

Respectfully Submitted,

/s/ David B. Malik
David B. Malik (0023763)
DAVID B. MALIK CO. LPA
8437 Mayfield Rd., Suite 103
Chesterland, Ohio 44026
(440) 729-8260
dbm50@earthlink.net
Co-counsel for Plaintiffs

/s/ Dennis J. Niermann
Dennis J. Niermann (0007988)
4070 Mayfield Rd.
Cleveland, Ohio 44121
(216) 297-1040
niermann@en.com
Co-counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing Plaintiff's Written Certification of Service of Plaintiffs' Fed. R. Civ. P. 26 (a) (1) disclosures upon counsel for Defendants via facsimile and via e-mail was served via this Court's Electronic Filing System (ECF) to all counsel of record. All counsel of record can access this filing through the Court's ECF system.

                                                                              */s/ Dennis J. Niermann*